# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| LDV, Inc. ) | ASBCA No. 58840 |
| ) | |
| Under Contract No. W912QR-05-C-0018 ) | |

APPEARANCE FOR THE APPELLANT:   John C. Ross, Esq.
Harpst Ross, Ltd.
Uniontown, OH

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Carlton A. Arnold, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By order dated 5 October 2015, appellant was ordered to either respond to the government's proposed hearing schedule or show cause why the appeal should not be dismissed for failure to prosecute within 21 days of the date of the order. Appellant received the show cause order on 9 October 2015, but has not responded. Appellant likewise had failed to respond to earlier Board orders. Accordingly, the above appeal is dismissed with prejudice under Board Rule 17.

Dated: 4 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                              I concur

RICHARD SHACKLEFORD          DIANA S. DICKINSON
Administrative Judge                Administrative Judge
Vice Chairman                    Armed Services Board
Armed Services Board           of Contract Appeals
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58840, Appeal of LDV, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2